CHARLES EASON
_____
(Petitioner)

UNITED STATE OF AMERICA
_____
(Respondent(s))

FILED
07 JUN 15 PM 1:22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CALIFORNIA

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

C 07 SBA 3162

I, ____ Charles Eason _____ , declare that I am the petitioner
in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give
security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefor; that I believe I am entitled to relief.

1.  Are you presently employed?    Yes X     No ~~⬤~~

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of
        your employer.

        27.00 Pl month  Work for auditer marin Corridor B.O.P

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which
        you received.

        _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?   Yes_____   No_____
    b.  Rent payment, interest or dividends?   Yes_____   No_____
    c.  Pensions, annuities or life insurance payments?   Yes_____   No_____
    d.  Gifts or inheritances?   Yes_____   No_____
    e.  Any other sources?   Yes X   No_____

    If the answer to any of the above is yes, describe each source of money and state the amount received from each
    during the past twelve months.

    _____ Family may be $50.00 dollar Every 6 month

3.  Do you own any cash, or do you have money in a checking or saving account?   Yes_____   No X
    (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned.

    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary
    household furnishings)?   Yes_____   No X

    If the answer is yes, describe the property and state its approximate value.

    _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Civ 27 (02/93)                                                                          Page 8 of 9

5:    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

No

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ____5\19\07____

_(Date)_

_____Charlie Eason_____

_Signature of Petitioner_

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ ___7.24___
on account to his credit at the ___USP ATWATER___
institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said_____institution:_____

DATED ___5|30|07___                                    ___Chm. L. LIWAG___

_Authorized Officer of Institution_

Case Manager

_Title of Officer_

NAME ___C. LIWAG___    TITLE ___Case Mgr___
AUTHORIZED BY THE ACT OF JULY 7, 1955.
AS AMENDED, TO
ADMINISTER OATHS (18 USC 4004).

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Civ 27 (02/83)

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 97076011 | Current Institution: | Atwater USP |
| Inmate Name: | EASON, CHARLES | Housing Unit: | ATW-A-B |
| Report Date: | 05/30/2007 | Living Quarters: | A53-105L |
| Report Time: | 9:23:23 AM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5362 |
| PAC #: | 229989755 |
| FRP Participation Status: | Completed |
| Arrived From: | VIM |
| Transferred To: | |
| Account Creation Date: | 12/12/2002 |
| Local Account Activation Date: | 3/28/2007 3:20:27 AM |
| Sort Codes: | |
| Last Account Update: | 5/20/2007 2:05:19 PM |
| Account Status: | Active |
| Phone Balance: | $2.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $7.24 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $7.24 |
| National 6 Months Deposits: | $463.63 |
| National 6 Months Withdrawals: | $460.28 |
| National 6 Months Avg Daily Balance: | $37.46 |
| Local Max. Balance - Prev. 30 Days: | $130.64 |
| Average Balance - Prev. 30 Days: | $28.19 |

# Commissary History

### Purchases

Validation Period Purchases: $0.00

YTD Purchases: $341.30

Last Sales Date: 5/16/2007 12:46:55 PM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Spending Limit: $290.00

Expended Spending Limit: $0.00

Remaining Spending Limit: $290.00

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

### Comments:

STOCKTON/SR
CA 952
04 JUN 2007

Charles Easton - 97076-011
United States Penitentiary
Po Box 019001
Atwater CA. 95301

Office of the clerk,
U.S. District of California
450 Golden Gate Avenue
San Francisco, California, 94102.

LEGAL MAIL

RECEIVED
07 JUN -6 PM 3:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA