**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHARLES EASON, | No. C 07-3162 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On June 15, 2007, *pro se* plaintiff Charles Eason filed a declaration in support of an *in forma pauperis* application. *See* Docket No. 1. He did not file a complaint or petition. On the same day, two notices were issued to the plaintiff. The first notified the plaintiff that he had not filed any complaint or petition and cautioned him that "If you do not submit a complaint or petition (using the above reference case number) within THIRTY DAYS from the filing date stamped above [June 15, 2007], your action will be dismissed and the file closed." Docket No. 2. The second notice informed the plaintiff that his *in forma pauperis* application was deficient and that he needed to use the Court's form in order for the application to be considered. *See* Docket No. 3. This second notice also warned the plaintiff that "If you do not respond within THIRTY DAYS from the filing date stamped above [June 15, 2007], your action will be dismissed and the file closed." *Id*.

It has been more than six months and the plaintiff has not responded to either notice. The plaintiff has not file any complaint or petition, nor has he filed a completed *in forma pauperis* application. Accordingly, this case is DISMISSED without prejudice for failure file a complaint or petition, and for failure to pay the filing fee or file a completed *in forma pauperis* application. The Clerk of Court shall close the case file and terminate any pending matters in this action.

IT IS SO ORDERED.

January 14, 2008

                                                                            *Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES EASON,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-03162 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Eason 97076-11
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

Dated: January 14, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2